UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.: 1:04-CV-12562-WGY

SARAH BROGQUIST AS NEXT BEST FRIEND
OF NATHANIEL AND ASHER BORGQUIST,
SARAH BORGQUIST AND JOHN BORGQUIST,
INDIVIDUALLY
    Plaintiff

vs.

MEDICAL LIABILITY MUTUAL INSURANCE
COMPANY
    Defendant

## WAIVER/ACCPETANCE OF SERVICE PURSUANT TO RULE 4(d)

COMES NOW, Medical Liability Mutual Insurance Company Defendant in the above referenced and entitled matter, by and through counsel undersigned, and pursuant to Rule 4(d) of the Federal Rules of Civil Procedure Waives/Accepts service of process of the Complaint filed in this matter by Sarah Borgquist as next best friend of Nathaniel and Asher Borgquist, Sarah Borgquist and John Borgquist, individually.

Dated this 27th day of December, 2004

Respectfully Submitted,
Medical Liability Mutual Insurance Company
By counsel

Kurt M. Schmidt
BBO#: 564987
Foster & Eldridge
One Canal Park, Suite 2100
Cambridge, MA 02141
(617) 252-3366