UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 11 P 1:49

U.S. DISTRICT COURT
DISTRICT OF MASS.

SARAH BORGQUIST as next best friend
of NATHANIEL and ASHER BORGQUIST,
SARAH BORGQUIST and JOHN BORGQUIST,
individually

      Plaintiffs,                1:04-cv-12562-WGY

vs.

MEDICAL LIABILITY MUTUAL
INSURANCE COMPANY

      Defendant

### NOTICE OF TEMPORARY WITHDRAWAL

COMES NOW Kenneth M. Levine and pursuant to the Notice of Suspension for a period of thirty (30) days issued on January 21, 2005, and hereby **temporarily** withdraws as counsel for the Plaintiff in the above referenced matter. Attorney Steven Weiss shall remain as counsel or the Plaintiff.

Respectfully submitted this 4th day of February, 2005

_____
Kenneth M. Levine, BBO #296850
370 Washington Street
Brookline, Massachusetts 02445
617-566-2700