# KENNETH M. LEVINE & ASSOCIATES

ATTORNEYS AT LAW

370 WASHINGTON STREET

BROOKLINE, MASSACHUSETTS 02445

(617) 566-2700

Fax (617) 566-614

March 3, 2005

Elizabeth F. Smith, Clerk
The Honorable William G. Young
United States District Court
John J. Moakley Courthouse
One Courthouse Way
Boston, Massachusetts 02110

> RE: Borgquist v. MLMIC
> C.A. # 1:04-CV-12562-WGY

Dear Ms. Smith,

I am writing to ask that a Rule 16 scheduling conference be set at the earliest possible time for the above referenced matter. The Defendant has answered the Complaint and the Plaintiffs are currently preparing the Rule 26 initial disclosure.

Thank you for your attention to this matter should you have any questions, please do not hesitate to contact me.

Very truly yours,

Sheila Mone

SM/aaa
Cc: Kurt Schmidt, Esq.