UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO.: 1:04-CV-12562-WGY

SARAH BROGQUIST AS NEXT BEST FRIEND
OF NATHANIEL AND ASHER BORGQUIST,
SARAH BORGQUIST AND JOHN BORGQUIST,
INDIVIDUALLY
    Plaintiff

vs.

MEDICAL LIABILITY MUTUAL INSURANCE
COMPANY
    Defendant

## DEFENDANT MEDICAL LIABILITY MUTUAL INSURANCE COMPANY'S MOTION TO STAY DISCOVERY REQUEST FOR ORAL ARGUMENT

Now comes the Defendant, Medical Liability Mutual Insurance Company ("MLMIC") to request that this Honorable Court stay discovery in the above captioned action. As grounds therefore, Defendant states that the present action alleges that the Defendant insurer engaged in unfair settlement practices under Massachusetts General Law Chapter 93A in violation of Massachusetts General Law Chapter 176D. The alleged unfair settlement practices stem from an unresolved matter, <u>Borgquist v. Veitch-Bradley,</u> a medical malpractice action currently pending in Essex Superior Court Civil Action No.: ESCV2002-01561.

Sarah Borgquist as next best friend of Nathaniel Borgquist
And Asher Borgquist and John Borquist, Individually v.
Medical Liability Mutual Insurance Company
Motion to Stay Discovery

2

Therefore, until the underlying claim is resolved, discovery in the 93A action should be stayed. Provided herewith is a memorandum in support of this Motion.

### REQUEST FOR ORAL ARGUMENT

The Defendant, MLMIC, requests that, unless this Court sees fit to allow this Motion sua sponte, that oral argument be permitted.

Respectfully submitted
Medical Liability Mutual
Insurance Company
by counsel,

Kurt M. Schmidt, Jr.
B.B.O. #564987
Tracy Morong
B.B.O. #647480
Foster & Eldridge
One Canal Park, Suite 2100
Cambridge, MA 02141
Telephone: (617) 252-3366

Date: 3/11/05

### CERTIFICATE OF SERVICE

I, Tracy Morong, hereby certify that I have served a complete copy of the foregoing upon all counsel of record by first class mail, postage prepaid, on this 11 day of March, 2004.

Tracy Morong