UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.: 1:04-CV-12562-WGY

SARAH BROGQUIST AS NEXT BEST FRIEND
OF NATHANIEL AND ASHER BORGQUIST,
SARAH BORGQUIST AND JOHN BORGQUIST,
INDIVIDUALLY
    Plaintiff

vs.

MEDICAL LIABILITY MUTUAL INSURANCE
COMPANY
    Defendant

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Attorney Kurt M. Schmidt, Jr. of the law firm of Foster & Eldridge as the attorneys for the defendant, Medical Liability Mutual Insurance Company.

Respectfully submitted
Medical Liability Mutual Insurance Company
by counsel,

_____
Kurt M. Schmidt, Jr.
B.B.O. #564987
Foster & Eldridge
One Canal Park, Suite 2100
Cambridge, MA 02141
Telephone: (617) 252-3366

Date: 3/16/05

## CERTIFICATE OF SERVICE

I, Kurt M. Schmidt, Jr., hereby certify that I have served a complete copy of the foregoing upon all counsel of record by first class mail, postage prepaid, on this 16th day of March, 2005.

_____
Kurt M. Schmidt, Jr.