UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.: 1:04-CV-12562-WGY

| | |
|---|---|
| SARAH BROGQUIST AS NEXT BEST FRIEND OF NATHANIEL AND ASHER BORGQUIST, SARAH BORGQUIST AND JOHN BORGQUIST, INDIVIDUALLY<br>    Plaintiff<br><br>vs.<br><br>MEDICAL LIABILITY MUTUAL INSURANCE COMPANY<br>    Defendant | : : : : : : : : : : : : |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please note the appearance of Attorney Tracy Morong of the law firm of Foster & Eldridge as the attorneys for the defendant, Medical Liability Mutual Insurance Company.

          Respectfully submitted
          Medical Liability Mutual Insurance Company
          by counsel,

          _____
          Tracy Morong
          B.B.O. #647480
          Foster & Eldridge
          One Canal Park, Suite 2100
          Cambridge, MA 02141
Date:          Telephone: (617) 252-3366

## CERTIFICATE OF SERVICE

I, Tracy Morong, hereby certify that I have served a complete copy of the foregoing upon all counsel of record by first class mail, postage prepaid, on this 16th day of March, 2005.

          _____
          Tracy Morong