UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A.NO.: 1:04-CV-12562-WGY

| | |
|---|---|
| SARAH BROGQUIST AS NEXT BEST FRIEND OF NATHANIEL AND ASHER BORGQUIST, SARAH BORGQUIST AND JOHN BORGQUIST, INDIVIDUALLY<br>     Plaintiff<br><br>vs.<br><br>MEDICAL LIABILITY MUTUAL INSURANCE COMPANY<br>     Defendant | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

**VOLUNTARY STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that all claims in the above-captioned action against all defendants be dismissed *with prejudice,* and without costs, and all rights of appeal being waived. Each party will bear her/its own costs and attorneys fees.

Respectfully submitted
Sarah Brogquist and John Brogquist
By counsel,

_____
Kenneth M. Levine
370 Washington Street
Brookline Village, MA 02445
Tel: 617-566-2700

Respectfully submitted
Medical Liability Mutual
Insurance Company
by counsel,

_____
Kurt M. Schmidt, Jr. BBO#564987
Tracy Morong BBO #647480
Foster & Eldridge
One Canal Park, Suite 2100
Cambridge, MA 02141
Telephone: (617) 252-3366